### Richard FOX, Relator,

### v.

### MINNEAPOLIS PARK AND RECREATION BOARD, Self–Insurance/Berkley Administrators, Respondents,

### and

### HealthPartners, Inc., Intervenor.

### No. C3–00–823.

Supreme Court of Minnesota.

July 31, 2000.

Timothy J. McCoy, McCoy, Peterson, Jorstad & Brabbit, Minneapolis, for appellant.

John G. Brian, III, Felhaber, Larson, Fenlon & Vogt, St. Paul, for respondent.

## ORDER

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed April 12, 2000, be, and the same is, affirmed without opinion. *See* Minn. R. Civ.App. P. 136.01, subd. 1(b).

BY THE COURT:

Paul H. Anderson
Associate Justice